1. ADJUDICATED CASES. Judgment affirmed on authority of Colorado &
    Southern Railway Company v. Board of County Commissioners
    of Boulder County, No. 9767.

*Error to the District Court of Boulder County, Hon. George
H. Bradfield, Judge.*

Mr. E. E. WHITTED, Mr. J. Q. DIER, Mr. PERCY ROBINSON,
for plaintiff in error.

Mr. THOMAS A. MCHARG, Messrs. MARTIN, NEWCOMER
& TINGLOF, Mr. VICTOR E. KEYES, attorney general, Mr.
BENTLEY M. MCMULLIN, assistant, Mr. CHARLES ROACH,
deputy, for defendant in error.

*En banc.*

MR. JUSTICE ALLEN delivered the opinion of the court.

THIS case was argued, submitted and considered with
*The Colorado & Southern Railway Company, plaintiff in error, v. Board of County Commissioners of Boulder County,
Colorado, defendant in error,* No. 9767, and the opinion
therein is decisive of and controlling in this case, and neces-
sitates an affirmance of the judgment herein.

MR. CHIEF JUSTICE SCOTT not participating.

---

### No. 9769.

UNION PACIFIC RAILROAD COMPANY *v.* BOARD OF COUNTY
COMMISSIONERS OF BOULDER COUNTY, COLORADO.

Decided March 7, 1921.

Action for refund of taxes paid under protest. Judg-
ment for defendant.

*Affirmed.*

1. ADJUDICATED CASES. Judgment affirmed on authority of Colorado

& Southern Railway Company v. Board of County Commissioners of Boulder County, No. 9767.

*Error to the District Court of Boulder County, Hon George H. Bradfield, Judge.*

Mr. C. C. DORSEY, Mr. E. G. KNOWLES, Mr. PERCY ROBINSON, for plaintiff in error.

Mr. THOMAS A. MCHARG, Messrs. MARTIN, NEWCOMER & TINGLOF, Mr. VICTOR E. KEYES, attorney general, Mr. BENTLEY MCMULLIN, assistant, Mr. CHARLES ROACH, deputy, for defendant in error.

*En banc.*

MR. JUSTICE ALLEN delivered the opinion of the court.

THIS case was argued, submitted and considered with *The Colorado & Southern Railway Company, plaintiff in error, v. Board of County Commissioners of Boulder County, Colorado, defendant in error*, No. 9767, and the opinion therein is decisive of and controlling in this case, and necessitates an affirmance of the judgment herein.

MR. CHIEF JUSTICE SCOTT not participating.

---

No. 9788.

DEVINE *v*. THE WESTERN SLOPE FRUIT GROWERS ASSOCIATION.

Decided March 7, 1921.

Action on promissory note.  Judgment for plaintiff.

*Affirmed.*

1. APPEAL AND ERROR—*Law of the Case.*  Where the appellate court on review announces that judgment should have been for the plaintiff, and remands the case with directions, it is the duty of the trial court to enter judgment accordingly.